JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB TELLIS, | ) | Case No. EDCV 15-487-GW (KK) |
| Petitioner, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) ) ) ) | |
| Respondent. | ) | |

In accordance with the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: February 2, 2017

*[signature]*

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE